**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINIOS**
**EASTERN DIVISION**

| | |
|---|---|
| WENDY M. MEYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14 CV 05695 |
| | ) |
| | ) Judge: Manish S. Shah |
| VALLEY VIEW COMMUNITY UNIT | ) |
| SCHOOL DISTRICT 365U, | ) Magistrate Judge: Mary M. Rowland |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

THIS MATTER coming before the Court, the parties having settled all matters in controversy, it is hereby ORDERED

This matter is hereby dismissed with prejudice, all matters in controversy having been resolved, each party to pay its own costs and attorney fees.

DATE: April 13, 2015                    DATE: April 13, 2015
    Attorney for Plaintiff:                    Attorney for Defendant:


s/John V. Schrock_____     s/ Luke Glisan_____
    JOHN V. SCHROCK                        LUKE GLISAN


John V. Schrock – 06201876            Luke Glisan - 6289580
Sabuco, Beck, Hansen, Schrock,        TRESSLER LLP
& Pollack, P.C.                       233 S. Wacker Drive, 22nd Floor
Joliet, IL 60435                      Chicago, Illinois 60606
(815) 730-8860                        (312)627-4097