Wendy M. Meyers

                       Plaintiff,

v.                                                 Case No.: 1:14–cv–05695
                                                 Honorable Mary M. Rowland

Valley View Community Unit School District 365U

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 13, 2015:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the parties' stipulation to dismiss [29], this action is dismissed with prejudice, each party to pay its own costs and attorney fees. The status hearing set for 4/14/2015 is stricken. Civil case terminated. Mailed notice(mb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.